IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | CHAPTER 13 |
| ANDREW WILLIAM MULKERIN, | : | |
| | : | CASE NO. 1:24-bk-00270-HWV |
| Debtor. | : | |

## **ORDER**

Upon consideration of the Debtor's Motion for Emergency Injunctive Relief, Doc. 6, and a hearing held on February 5, 2024, for the reasons stated on the record, it is

**ORDERED** that the Motion is **DENIED** for failure to initiate an adversary proceeding or otherwise state grounds to grant the Motion for Injunctive Relief.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 5, 2024