# Notice Recipients

District/Off: 0314−1    User: AutoDocketer    Date Created: 2/5/2024
Case: 1:24−bk−00270−HWV    Form ID: pdf010    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Andrew William Mulkerin     1740 Adeline Drive     Mechanicsburg, PA 17050

TOTAL: 1