UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:
**Andrew William Mulkerin,**
Debtor.

FILED '24 AUG 13 AM 11:44
CLERK, US COURT, PAMB

Case No.: 1:24-bk-00270-HWV
Chapter 13 Bankruptcy

---

## MOTION FOR AN EVIDENTIARY HEARING

### INTRODUCTION:

I, Andrew William Mulkerin, the Debtor in the above-captioned case, respectfully move this Honorable Court to schedule an evidentiary hearing to address critical issues relating to the valuation of my estate, specifically concerning Mulkerin Holdings, LLC, and its subsidiaries. This hearing is necessary to provide clarity and evidence on matters central to the proposed Chapter 13 repayment plan.

### BACKGROUND:

The Chapter 13 Trustee has advocated for a 100% repayment plan, seemingly based on the assets listed in my Schedule A/B of assets filed with the Court. However, the true value of the business assets under Mulkerin Holdings, LLC, and its subsidiaries is in question due to significant disruptions caused by external parties, leading to the financial collapse of these companies. This proffer, filed concurrently with this motion, provides a detailed assessment of what could have been realized had these disruptions not occurred, and it is essential that the Court consider this evidence in an evidentiary hearing.

Given the complexity and significance of these matters, and the potential impact on the fairness and feasibility of the proposed repayment plan, an evidentiary hearing is necessary to thoroughly examine the evidence and address any disputes regarding the valuation of my estate.

### REQUEST FOR RELIEF:

Based on the foregoing, I respectfully request that the Court:

1. Schedule an evidentiary hearing to address the issues related to the valuation of Mulkerin Holdings, LLC, and its subsidiaries, as detailed in the accompanying proffer of evidence.

2. Provide such other and further relief as the Court deems just and appropriate.

### CONCLUSION:

1

I respectfully request that the Court grant this motion and schedule the requested evidentiary hearing at the earliest convenience.

Dated: August 13, 2024
Respectfully submitted,

Andrew William Mulkerin
1740 Adeline Drive
Mechanicsburg, PA 17050
andy.mulkerin.pro-se@outlook.com
717-571-5670

2

PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:

**Andrew William Mulkerin,**
Debtor.

**Case No.: 1:24-bk-00270-HWV**
**Chapter 13 Bankruptcy**

## ORDER SCHEDULING EVIDENTIARY HEARING

Upon consideration of the Motion for an Evidentiary Hearing filed by the Debtor, Andrew William Mulkerin, it is hereby ORDERED that:

1. An evidentiary hearing is scheduled for _____ at _____ in the United States Bankruptcy Court for the Middle District of Pennsylvania, Sylvia H. Rambo United States Courthouse, 1501 N 6th St, Harrisburg, PA 17102.

2. The hearing will address the following issues:

   - The valuation of the assets associated with Mulkerin Holdings, LLC, and its subsidiaries.

   - The impact of external disruptions on the financial condition of Mulkerin Holdings, LLC, and its subsidiaries.

   - Any other related matters necessary to ascertain information pertinent to the Chapter 13 bankruptcy proceedings, including but not limited to the evaluation of assets and liabilities under 11 U.S.C. §§ 1306, 1322, and 1325, and any other provisions that may apply under the Bankruptcy Code or the Local Rules.

3. The Debtor shall provide all necessary documentation and evidence in support of the issues to be addressed.

Dated: _____

BY THE COURT:


Honorable Chief Judge Henry W. Van Eck
United States Bankruptcy Judge