**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:

**Andrew William Mulkerin,**
Debtor.
Case No.: 1:24-bk-00270-HWV
Chapter 13 Bankruptcy

FILED '24 AUG 13 AM11:45
CLERK, US COURT, PAMB

**PROFFER OF EVIDENCE IN SUPPORT OF ESTATE VALUATION**

**Introduction:**

I, Andrew William Mulkerin, Debtor, pro se, respectfully submit this proffer to the Court concerning the valuation of my estate, with a particular focus on Mulkerin Holdings, LLC, and its subsidiaries, which constitute a substantial portion of my assets. The purpose of this proffer is to provide the Court with a deeper understanding of the projected value of Mulkerin Holdings, LLC, and its subsidiaries. This assessment is crucial for complying with and addressing the Chapter 13 Trustee's concerns, particularly with respect to the treatment of unsecured creditors and the justification for the proposed 100% repayment plan.

The Chapter 13 Trustee has advocated for a 100% repayment plan, seemingly based on the assets listed in my Schedule A/B of assets filed with the Court. However, it is imperative to accurately establish the true value of these business assets to determine whether such a repayment plan is indeed justified. While a 100% repayment plan may appear necessary based on the assets indicated, this requirement is in direct tension with my current financial state, which is exceedingly precarious at this present moment. While a 100% repayment plan may appear necessary based on the assets indicated, this requirement is in direct tension with my current financial state, which is exceedingly precarious at this present moment. It is important to clarify that, although the companies under Mulkerin Holdings, LLC, are no longer operational, the true value lies in what was destroyed, both in terms of the existing assets and the full future potential and promise of what I was building. This potential value is critical to my estate and to the creditors, as it represents the compensation for the losses I have suffered and the opportunity to make my estate whole.

**Background:**

Mulkerin Holdings, LLC, was strategically structured to create and integrate multiple industrial operations under one corporate umbrella, leveraging synergies and operational efficiencies to establish a pioneering leader in the traditional industrial sector. This approach was designed to maximize the strengths of each subsidiary, fostering innovation and ensuring that the combined entity could effectively address modern industrial challenges while capitalizing on emerging market opportunities. My vision for this company was grounded in over two decades of expertise in the industrial, manufacturing, and technology sectors, augmented by my academic credentials,

1

including a Master's in Business Administration from Harvard Business School and a Bachelor of Science in Chemical Engineering from Columbia University.

The companies under Mulkerin Holdings, LLC, were strategically positioning themselves to address modern industrial challenges with innovative solutions, aiming to generate substantial revenue and establish the company as a key player in both the commercial and defense sectors. The business strategy projected $235 million in revenue and $62 million in EBITDA over five years, underscoring the significant potential of this integrated business model to drive growth and success.

**Detailed Explanation:**

**1. Strategic Vision and Expected Growth:**
My vision was rooted in leveraging Pennsylvania's rich industrial heritage, a region historically known for its manufacturing excellence. This foundation was critical not only for regional economic growth but also aligned with significant national defense initiatives, such as the Pennsylvania Pipeline Project, which underscores the importance of bolstering America's submarine industrial base—a vital component of our national security infrastructure.

The companies under Mulkerin Holdings, LLC—Beta Machine & Fabrication (CAGE Code 9Q4F3), Mulkerin Tool & Machine, True Air, and Javelin Automation—were meticulously crafted and developed from the ground up by my dedicated team and me. Each company was purposefully designed with distinct capabilities and market potential, embodying a strategic vision to address critical needs within the industrial sector. This alignment positioned them to generate significant synergies within the industry. By integrating operations with national priorities, Mulkerin Holdings was on a path to becoming a meaningful part of, and eventually a potentially disruptive force in, strengthening the U.S. defense industrial base. Our efforts were particularly focused on areas deemed essential by the Department of Defense, such as the production of precision-guided munitions, advanced manufacturing of critical components like missile housings, high-tolerance machined parts, structural frameworks, and specialized fittings for naval vessels, including submarine hull sections, propulsion system components, and internal support structures. These capabilities were well within the realm of steel fabrication and machining, ensuring that Mulkerin Holdings could contribute meaningfully to the defense sector. While I aspired to eventually disrupt this industry, I fully recognize the immense scale of the existing challenges and the relatively modest size of my operations. My approach was grounded in realism, fully recognizing that while my companies were small, their potential to address specific, critical needs within the sector was substantial. At the very least, I was committed to making a meaningful contribution. My wife and I invested our life savings into this important venture, even taking out a second mortgage on our home, furnished by the creditor Orrstown Bank, at the beginning of this journey. We understood the immense challenges ahead in building these companies, but what I didn't anticipate was the level of hostility and illegal resistance we

2

would face. I still don't fully understand the motives behind these actions, but they have had a devastating impact.

Moreover, I envisioned Mulkerin Holdings playing a meaningful role in the Submarine Industrial Base (SIB), especially given the increasing challenges the U.S. Navy and its supply chains face in sustaining the necessary production pace for submarines. I believed that, with full development, our capabilities could significantly contribute to addressing these challenges and supporting broader national security objectives. This strategic vision emphasized the importance of the company's operations not only in achieving commercial success but also in bolstering the critical infrastructure that underpins national defense.

Furthermore, Mulkerin Holdings was strategically aligned to capitalize on global trends, including the rising demand for automation, enhanced air quality solutions, and cutting-edge manufacturing processes. Each subsidiary under Mulkerin Holdings would have been uniquely equipped to excel in these areas, positioning the company not only as a regional leader but as a key contributor to the broader national security strategy.

## 2. Investment and Growth Projections:

The strategy projected $235 million in revenue and $62 million in EBITDA over five years. For instance:

- **Javelin Automation, LLC** was projected to reach $50 million in revenue and $11.4 million in EBITDA by year five, focusing on in-plant automation and robotic material handling solutions.

- **True Air, LLC** was expected to capitalize on the growing demand for industrial indoor air quality equipment, particularly post-COVID-19, projecting $100 million in revenue and $24 million in EBITDA by year five.

- **Beta Machine & Fabrication, LLC** had a waitlist of large industrial OEMs eager to partner, projected to achieve $50 million in revenue and $12.5 million in EBITDA by year five.

- **Mulkerin Tool & Machine, LLC** was poised for substantial growth, leveraging my industry knowledge and contacts, with expected revenues of $35 million and $14.5 million in EBITDA by year five.

These projections were based on months of thorough market analysis and a strategic plan, including multiple iterations and improvements designed to capture significant market share. The objective was to drive economic growth, create jobs, and foster innovation within the industry.

## Connection to the Case:

I was unable to fully realize the vision for Mulkerin Holdings, LLC, as our efforts were derailed by the destructive actions of certain parties for reasons that are still unknown. These actions led to the financial collapse of Mulkerin Holdings, LLC, and I believe they obliterated the projected

value of the company, playing a central role in my financial distress, which ultimately culminated in my bankruptcy filings. Although I currently lack access to all, most, or many of the specific facts, I have observed substantial evidence that suggests these actions were a direct cause of the challenges I now face.

Given the magnitude of these disruptions and their impact on my financial situation, I have sought the Court's help to address my debts and the surrounding issues comprehensively and responsibly. This proffer is intended to provide the Court with a clear assessment of the value that could have been realized had these disruptions not occurred. I fully acknowledge that this assessment is made without the benefit of discovery against the relevant parties, and therefore, I am offering this information to the best of my ability based on the evidence currently available.

**Clarification and Intent:**

At this stage, I am proffering this evidence and analysis to the Court as part of the official record. My objective is to provide a clear and comprehensive understanding of the value of these assets, which is crucial to the evaluation of my estate under the Bankruptcy Code, Local Rules, and the Chapter 13 Trustee's guidance and approval. I want to highlight and clarify that this proffer does not involve identifying any parties as defendants at this time. However, I intend to seek the Court's guidance on how to proceed with any necessary adversarial proceedings once the appropriate steps under the Local Rules are clarified.

**Relief Sought:**

I respectfully request that the Court accept this proffered evidence as a critical component in understanding the full value of the assets associated with Mulkerin Holdings, LLC, and its subsidiaries. This evidence is essential for determining the true value of my estate. The acceptance of this proffer will help ensure that the evaluation of my estate is accurate and aligns with the requirements of the Bankruptcy Code, as well as the guidance provided by this honorable Court, the U.S. Trustee, and the Chapter 13 Trustee.

**Conclusion:**

I humbly request the Court to consider the evidence presented in this proffer as part of the overall evaluation of my estate. This proffer highlights the significant value of the assets associated with Mulkerin Holdings, LLC, and supports the accurate valuation necessary for the successful completion of my Chapter 13 plan. Additionally, I seek the Court's guidance on the procedural requirements for moving forward with any necessary formal adversarial proceedings.

**Exhibit List:**

- **Exhibit A: Mulkerin Holdings Investment Summary Document**
  *Details:* A comprehensive document detailing the investment strategy, financial projections, and strategic vision for Mulkerin Holdings, LLC, and its subsidiaries.

- **Exhibit B:** Recognition of Contributions to the US Navy by Debtor

4

- **Exhibit C:** Speech by Andrew William Mulkerin at US Navy Signing Day and Milestone Event

- **Exhibit D:** Presentation of Plaques

- **Exhibit E:** VIP Reception Photo

- **Exhibit F:** Commitment to the Submarine Industrial Base

- **Exhibit G:** Speech by Andrew William Mulkerin at the US Navy SIB Presentation and Meeting on September 19, 2023

- **Exhibit H:** Andrew William Mulkerin's Resume
  *Details:* This exhibit includes my professional resume, which details over two decades of expertise in the industrial, manufacturing, and technology sectors. It highlights my academic credentials from Harvard Business School and Columbia University, along with my extensive experience in founding and leading multiple companies, including those under Mulkerin Holdings, LLC. The resume serves as a testament to my qualifications, the strategic vision behind Mulkerin Holdings, and the professional foundation that informed the development and execution of the business strategy.

**Affidavit of Andrew W. Mulkerin:**

I, Andrew William Mulkerin, declare under penalty of perjury, as provided by the laws of the United States of America under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Date: August 13, 2024

Signature: _____

Andrew William Mulkerin
1740 Adeline Drive
Mechanicsburg, PA 17050
andy.mulkerin.pro-se@outlook.com
717-571-5670

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2024, I caused the foregoing Proffer of Evidence in Support of Estate Valuation to be filed with the United States Bankruptcy Court for the Middle District of Pennsylvania and served upon all parties entitled to notice via the Court's electronic filing system.

Date: August 13, 2024

Signature: _____

Andrew William Mulkerin
Pro se

5

# EXHIBIT

# A



**Exhibit A: Mulkerin Holdings Investment Summary Document**
*Details:* A comprehensive document detailing the investment strategy, financial projections, and strategic vision for Mulkerin Holdings, LLC, and its subsidiaries.

# Mulkerin Holdings, LLC

## Overview

# Contents

Investment Summary
Mulkerin Holdings, LLC
True Air
Javelin Automation
Beta Machine & Fabrication
Wolfe Tool & Machine Company

Property
Important Trends
How We Win
Mulkerin Holdings Synergy
The Plan

03

# The Proposition

- Create a dynamic new leader in the traditional industrial sector by bringing together a number of already ongoing (and recently shuttered) concerns into a single commercial entity

- Hits the ground running on day one - machinery, staff, approved supplier status, relationships, and management already in place

- Operating synergy created from having multiple businesses under the same roof

- Unique leadership background - Harvard smarts in a traditional heavy-industry setting

- $20-$25m of revenue expected in year one with steady-state EBITDA margins of 10-15%

- Significant growth opportunities for existing businesses with year 3/4 revenues expected to be in excess of $100m



04

# The Juice

- Traditional manufacturing businesses are a significant untapped source of potential innovation in capital goods

- Modern problems need actual engineered solutions today

- Pennsylvania's industrial manufacturing and innovation capability is second to none.

- Mulkerin Holdings will be a center of innovation for bringing current manufacturing techniques to bear on new problems and creating new solutions to tackle the crucial issues facing the modern economy

# Investment Details

- Raising $4-5m at an indicative pre money valuation of $40m

- 2x forward revenues/20x steady-state EBITDA are multiples in-line/slightly below growing businesses in this sector

- 6-8x capital growth for investors on the low-end of managing 3/4 year targets

- Valuation takes no account of the potential for synergy and innovation of developing new technology from combining skills from the different divisions

- Investor checks collected : Jan 3rd – Jan 28th



# Mulkerin Holdings, LLC

## Global headquarters proudly located in York, Pennsylvania

$235m revenue
$62m EBITDA (yr 5)

MULKERIN HOLDINGS

Investment
$4–5m money in

**JAVELIN** AUTOMATION
$50m revenue
$11.4m EBITDA (yr 5)

**True**
$100m revenue
$24m EBITDA (yr 5)

**BETA** MACHINE & FABRICATION
$50m revenue
$12.5m EBITDA (yr 5)

**WOLFE TOOL & MACHINE COMPANY**
$35m revenue
$14.5m EBITDA (yr 5)



07

# Javelin Automation

- $50m revenue; $11.4m EBITDA (yr 5)
- In-plant automation now being viewed as fundamental buttress against labor force disruptions and gaps
- Automated conveyor systems & robotic in-plant material handing solutions
- Initial pipeline >$20m
- Equipment platforms to be driven parametrically – allowing quick scale-up to meet market demand
- Core team that can get to $10m revenue starts on 1/17/2022

JAVELIN
AUTOMATION



08

# True Air

- $100m revenue; $24m EBITDA (yr 5)
- Due to covid-19, spending on industrial indoor air quality-related equipment is skyrocketing.
- Introduces 10x volume fresh air to indoor environments vs legacy competitors
- Efficient & well-built industrial HVAC systems
- In-house fabrication improves market responsiveness and lowers equipment cost – this will be a powerful weapon to wield in the marketplace

True

09

# Beta Machine & Fabrication

- $50m revenue; $12.5m EBITDA (yr 5)

- Waitlist of large industrial OEM looking to partner as soon as process is qualified

- Demonstrated mastery and successful application of advanced production techniques

- 30+ experienced team members ready to join day one or when asked

- Largely fragmented and stagnated industry is ripe for consolidation / roll-up



**BETA**
MACHINE &
FABRICATION

10

# Wolfe Tool & Machine Company

- $35m revenue; $14.5m EBITDA (yr 5)
- Provide machined parts to leaders in the high-performance (& high-margin) industries of energy & defense
- Small company, small team but Andy has first-hand knowledge of $10m+ in latent demand from Wolfe's current customers
- Andy has contacts within the energy and defense verticals from the Nicobar days
- Massive roll-up opportunity exists nationwide

* Mulkerin Holdings to acquire assets of Wolfe Tool & Machine for $1.3m - February 2022



**WOLFE TOOL & MACHINE COMPANY**

# 333 East 7th



Mulkerin Holdings, LLC executed agreement of sale with owner Tighe King, Jr. (Perform Group) for 333 East 7th York, Pennsylvania on 11/10/21. Closing is on track for 2/14/2022.

125,000 sq ft facility is well-suited for our initial mission. Adjacent property (~13 acres) may be attractive for second stage expansion.

11

# Important Trends

**DRIVE FOR EFFICIENCY**
*Fight climate change*

**COVID-19**
*Indoor air quality is understood anew*

**LABOR SHORTAGES**
*Automation is the surest path to stability*

**ONSHORING FROM CHINA**
*Andy Mulkerin is an expert in US / China industrial dynamics*

**THIRST TO ENERGIZE MIDDLE-AMERICAN INDUSTRY**




# How We Win

Scalable Management Toolkit

Motivated Team

Operationally Crisp



Manufacturing &Technology Depth

Toyota Production System

Philosophy/ Vision



# Mulkerin Holdings Synergy

- Leadership & Vision
- Management toolkit
- Toyota Production System
- Information technology
- Legal
- Finance & Accounting
- Human resources
- Labor (surge capacity)
- Vertical integration
- Processes for learning / sharing knowledge
- Expertise in one business will aid & drive growth in another
- Highly profitable innovation lab
- Steel & Aluminum scale procurement
- MRP system
- Quality approach
- Business process automation
- Research & development

# Andy Mulkerin

**Columbia University, School of Engineering & Applied Sciences**
Matriculated 1993; Graduated 1997 – Bachelor of Science; Chemical Engineering



**Harvard Business School**
Matriculated 2003, Graduated in 2005 – Masters of Business Administration; Section J



**Domino Sugar – Brooklyn, NY – Process Foreman**
Managed a team of longshoreman in a union shop as we produced specialty sugars



**E Ink – Boston, MA – Production Manager**
Led lab-to-manufacturing tech transfer and oversaw a team of 60 running the pigment & ink production, coating & laminating operations and the electrical process teams



**Nicobar Group – Shanghai, China – Managing Partner**
Founded a consulting firm that advised and enabled leading US commercial nuclear companies to forge a path and compete in Chinese nuclear market




**APX Companies – York Sheet Metal, Seetech Systems, Ventwell – President (York)**
2.5x growth of YSM in less than 4 years
Founded and led Ventwell, an innovative industrial HVAC OEM
Acquired assets of Seetech Systems and turned around to breakeven profitability inside one year






# The Plan

Leverage and transform traditional industrial processes & focus them on solving the problems of NOW

# Industrial processes are going to have to save the planet

Going back to farming isn't realistic — we must harness, at effective scale, the US manufacturing base & support the rapid deployment of critical technology

## York, Pennsylvania

**EMAIL ADDRESS**

andy@beta-fabrication.com

**PHONE NUMBER**

717-571-5670

MULKERIN HOLDINGS

# Thank You

Investment Summary |
Mulkerin Holdings, LLC

18

# EXHIBIT

# B

**Exhibit B: Recognition of Contributions to the US Navy by Debtor**

**Title:** Recognition of Contributions to the US Navy by Andrew William Mulkerin, Wolfe Tool & Machine, and Beta Machine & Fabrication

**Event Date:** May 10, 2023

**Event Location:** Philadelphia Convention Center, Philadelphia, Pennsylvania

**Event Overview:** On May 10, 2023, Wolfe Tool & Machine and Beta Machine & Fabrication, under the leadership of Andrew William Mulkerin, were officially recognized for their significant contributions to the U.S. Navy's Pennsylvania Pipeline Project at a prestigious NAVSEA ceremony held at the Philadelphia Convention Center. This event underscored the critical importance of the submarine industrial base to the nation's defense capabilities.

**Importance of the Submarine Industrial Base:** The submarine industrial base is a top priority for the U.S. defense industry, particularly for the Navy. The U.S. Department of Defense has made substantial investments in this sector to enhance production capacity, maintain readiness, and ensure a robust and resilient defense industrial ecosystem. In fiscal year 2023 alone, the Navy launched a $2.4 billion investment in Virginia-class maintenance and readiness, highlighting the strategic significance of submarines to national security. These efforts are part of a broader initiative to address industrial base challenges and bolster the capacity to build and sustain submarines, crucial for maintaining the U.S. Navy's operational capabilities in a global security environment marked by increasing threats (Defense News) (USNI News).

**Event Details:**

- **Attendance:** The ceremony was attended by over 700 people, including Navy civilians, officers, and enlisted leadership.

- **Keynote Remarks:**

  - **Matthew Sermon, Executive Director, Program Executive Office Strategic Submarines:**

    - "The American way of life rests on our national security. That means US Submarines on-station and an industrial base to build and sustain those submarines. And that means American workers using innovation, creativity, and technical rigor to succeed in this incredibly important mission."

  - **Rear Admiral Scott Pappano, USN:**

    - "Our Submarine Forces are a critical factor in our national defense right now, which is why you're seeing a five-fold increase in our submarine

8

construction rates. And the most critical aspect of building that capacity are the people in this room."

**Significance:** This recognition reflects the pivotal role played by Wolfe Tool & Machine and Beta Machine & Fabrication in supporting the U.S. Navy's strategic objectives. The event highlighted the contributions of American manufacturing in maintaining and advancing the capabilities of the U.S. submarine fleet, which is essential for national defense and global maritime dominance.

# EXHIBIT

# C

**Exhibit C:** Speech by Andrew William Mulkerin at US Navy Signing Day and Milestone Event

**1. Date:**

- May 10, 2023

**2. Event:**

- US Navy Signing Day and Milestone Event, where challenge medals were awarded.

**3. Event Details:**

- The event was a prestigious gathering held to commemorate significant achievements and contributions to the U.S. Navy's Pennsylvania Pipeline Project. The ceremony took place at the Philadelphia Convention Center and was attended by key figures in the Navy, including high-ranking officers, enlisted personnel, and civilians. The audience included 700 people, all gathered to honor the dedication and efforts of the contributors.

**4. Speech Transcript:**

**Program Host:**

*We are down to our last two companies, both owned by the same person, Andy Mulkerin. I think we're starting with Beta Machine & Fabrication, followed by Wolfe Tool & Machine.*

**Andrew William Mulkerin:**

*"Thank you. Thank you very much. My name's Andy Mulkerin. I'm the CEO of Beta Machine and Fabrication, and I acquired Wolfe Tool and Machine about six months ago. I am a passionate believer in American manufacturing, and I believe the importance of maintaining, growing, and innovating the industrial capability of the United States is extremely important. I am very proud to be on stage and included in something like this.*

*So, I'm new to machining, but not new to fabrication. I'm learning a lot, and through interacting with folks on the stage and in the audience, I'm learning a lot.*

*Besides the US Navy, I would like to thank my wife Irene, who was supportive enough to allow me to look at our bank accounts and our 401(k)s and empty them all to be here today so we can really do our part to improve the United States manufacturing base as much as we can. Any way we can contribute, I'd love to, and I'm just happy to be here. Thank you."*

**Applause**

**5. Summary:**

- Andrew William Mulkerin's speech at the US Navy Signing Day and Milestone Event highlighted his deep commitment to American manufacturing and its critical role in

11

supporting national defense. By acknowledging his wife Irene's support and their personal sacrifices, Andy underscored the dedication and passion driving his efforts to enhance the U.S. manufacturing base. His speech resonated with the audience, emphasizing the importance of innovation, growth, and collaboration in achieving strategic goals for the United States.

**6. Impact:**

- The recognition and platform provided at this event solidified the importance of Beta Machine & Fabrication and Wolfe Tool & Machine in the national defense industry. It showcased Andy Mulkerin's leadership and commitment to excellence, positioning him and his companies as pivotal contributors to the U.S. Navy's strategic initiatives.

# EXHIBIT

# D

**Exhibit D:** Presentation of Plaques

- **Description:** Mr. Matthew Sermon and Rear Admiral Scott Pappano presented Andy Mulkerin with plaques recognizing Wolfe Tool & Machine and Beta Machine & Fabrication's contributions.

- **Photo:** (L-R: Mr. Matthew Sermon, RADM Scott Pappano USN, Andy Mulkerin, Sencere Dowling).



# EXHIBIT

# E

**Exhibit E:** VIP Reception Photo

- **Description:** Rear Admiral Scott Pappano and Command Master Chief Josh Sturgill along with Andy and Irene Mulkerin at the US Navy's VIP reception on the evening of May 10, 2023.

- **Photo:** (L-R: Command Master Chief Josh Sturgill USN, Irene Mulkerin, Andy Mulkerin, Rear Admiral Scott Pappano USN).



# EXHIBIT

# F

**Exhibit F:** Commitment to the Submarine Industrial Base

- **Description:** Andy Mulkerin communicating views on the importance of strengthening America's Submarine Industrial Base and committing to continuing to play a role in achieving that goal.

15



# EXHIBIT

# G

**Exhibit G:** Speech by Andrew William Mulkerin at the US Navy SIB Presentation and Meeting on September 19, 2023

- **Context:** On September 19, 2023, in the midst of significant legal and financial battles, including with Andrew V. Papoutsis et al., Traditions Bank, and Kinsley Equities II, Limited Partnership, I delivered a speech positive and forward-looking speech despite immense financial and emotional stress.

16

- **Speech Transcript:**
  - Andrew William Mulkerin:

    *"Hi, my name is Andy Mulkerin. I am the CEO of both Beta Machine & Fabrication and Wolfe Tool. I'm not going to come up twice, so we'll just cover everything now.*

    *I'm small, the companies are small and I'm excited to be part of this event because, I guess my 'aha' moment was realizing that something like this existed and that I could participate in it. Going through the last cohort and hearing from Admiral Pappano and Matt Sermon at the event convinced me that there is real passion and energy behind innovating and looking at how to approach everything that the US Navy's supply chain is facing, whether it's training and personnel we're talking about now, or in other areas.*

    *We are a simple fabricator - laser cut, bend. You know, I know that half the people in this room also have that technology. We know our place; we're small, but we're nimble, thoughtful, creative, innovative, and passionate about being a part of this and what we do.*

    *And I think there has never been a better or easier time to train the next generation of manufacturers. The tools we can train with are improving by the day. The need is there, and as AI comes onto the scene, it's going to disrupt career paths and how a lot of people think about how they can have a productive and meaningful work life.*

    *And so, I think that being smart and aggressive about how we go after capturing that and then using it to help the US achieve its strategic goals is something I would love to be a part of and now I believe I am part of it, and I want to thank everyone for this opportunity."*

# EXHIBIT

# H

**Exhibit H:** Andrew William Mulkerin's Resume

*Details:* This exhibit includes my professional resume, which details over two decades of expertise in the industrial, manufacturing, and technology sectors. It highlights my academic credentials from Harvard Business School and Columbia University, along with my extensive experience in founding and leading multiple companies, including those under Mulkerin Holdings, LLC. The resume serves as a testament to my qualifications, the strategic vision behind Mulkerin Holdings, and the professional foundation that informed the development and execution of the business strategy.

18

**Andy Mulkerin**
Mechanicsburg, Pennsylvania
717-571-5670
andy@beta-fabrication.com
https://www.linkedin.com/in/andy-mulkerin/

## Education

### Harvard Business School

- Master in Business Administration
- Matriculated: 2003, Graduated: 2005, Section J

### Columbia University, School of Engineering & Applied Sciences

- Bachelor of Science in Chemical Engineering
- Matriculated: 1993, Graduated: 1997

## Professional Experience

**Beta Machine & Fabrication** – York, Pennsylvania, USA
Founder / CEO
2021 – 2023

- Successfully launched and established Beta Machine & Fabrication, navigating commercial challenges, resource constraints, and multiple facility relocations.
- Established a 43,000 sq. ft. facility, equipped for precision processing of inch-thick steel and aluminum for applications within the defense industry.
- Collaborated with the United States Department of Defense to secure CAGE code registration (9Q4F3) in near-record time, positioning the company for defense industry opportunities. This accomplishment signified our compliance with rigorous government standards and underscored our readiness and agility, demonstrating a firm commitment to supporting American defense initiatives.
- Received official recognition from NAVSEA for Beta Machine & Fabrication's contributions to national defense, marked by a contribution to critical defense infrastructure.

**The APX Companies** – York, Pennsylvania, USA

**APX York Sheet Metal**
President
2016 – 2021

1

- Orchestrated the growth of APX's flagship company, APX York Sheet Metal, into a regional leader in industrial sheet metal fabrication, increasing sales from $6M to $14M in four years, equating to a compound annual growth rate (CAGR) of 23%.

- Pioneered manufacturing process improvements leading to a 150% increase in production capacity. This expansion was marked by the establishment of two new facilities, significantly broadening our operational footprint and market reach.

**Ventwell**
President
2018 – 2021

- Founded Ventwell and steered it from concept to a noteworthy presence in the industrial air handling sector. Our impactful market debut established Ventwell as a rising force, gaining recognition and posing a new challenge to established national and global competitors.

- Directed the engineering, product, and platform development processes, culminating in the design and production of numerous high-performance custom industrial air handlers.

- Capitalized on the overwhelming market response to Ventwell at the 2020 ASHRAE show, building a formidable sales pipeline exceeding $10M. We left Orlando with an extensive waitlist of over a hundred mechanical sales representatives eager to offer Ventwell equipment, demonstrating significant market interest.

**APX Seetech Systems**
President
2018 – 2021

- Led what was effectively a turnaround operation, acquiring the assets of a defunct company for under $250,000. In just 2.5 years, transformed it into a thriving $4.9 million business, achieving a CAGR of 146%.

- Positioned APX Seetech Systems as an important, niche player in the PET bottle manufacturing and conveyance market, with a strong emphasis on uptime and efficiency. This strategy effectively differentiated us from larger, established competitors in this performance-driven industrial sector.

**Nicobar Group** – Shanghai, People's Republic of China
Founder & Managing Partner
2005 – 2016

- Created Nicobar Group, a pioneering consultancy in the Chinese commercial nuclear market, with a dedicated focus on advocating for American energy and technology firms. Elevated Nicobar Group to a position of prominence within the Chinese energy sector, transforming it into a recognized and respected entity.

2

- Actively engaged in critical negotiations with U.S. and Chinese entities in the nuclear sector, driving discussions for multi-billion dollar commercial and technological agreements. While not all negotiations culminated in agreements, these efforts showcased my grasp of international diplomacy, strategic relationship enhancement, and substantial technical and engineering knowledge.

- Initiated and led a strategic partnership with the United States Embassy and the United States Department of Commerce in Beijing, China. This success exemplified strategic insight and diplomatic expertise, demanding a high level of international relations acumen, and contributing to commercial and diplomatic initiatives.

- Managed high-level executive and government relationships, ensuring trust and integrity within the complex landscape of China's commercial nuclear sector.

**Sony Electronics** – Tokyo, Japan
Technology Strategy Intern, Blu-Ray Division
Summer 2004

- Contributed to strategic discussions and provided analysis during the Blu-ray vs. HD DVD format wars, gaining valuable early experience in high-stakes technology industry negotiations while attending Harvard Business School.

**E Ink** – Boston, Massachusetts, USA
Director of Manufacturing
1999 – 2003

- Key player in transforming E Ink from an MIT Media Lab startup to the global leader in electronic ink technology.

- Led a team of over 60 employees at the age of 23, demonstrating exceptional leadership and management capabilities in a face-paced, high-tech, start-up environment.

- Applied expertise in chemical engineering to innovate and manage advanced manufacturing processes, including micro-encapsulation and pigment formulation for display technologies. Oversaw the installation of new facilities while enhancing the productivity and quality output of our existing capacities. Additionally, managed ink reactor and coating facility operations.

- Engaged in the development, understanding, and refinement of a cutting-edge, multifaceted ink system that merges chemical, optical, and electrical elements. While certain aspects were fully grasped, others presented substantial challenges, underscoring the system's intricacy. My ability to navigate and contribute across various challenging domains has not only demonstrated my adaptive problem-solving skills but also garnered attention recognition and acknowledgment across all levels of the company.

- Earned media recognition for my innovative contributions to the company, demonstrating a dedication to continuous improvement and a leadership approach marked by vibrancy, positivity, and a forward-thinking mindset.

**Domino Sugar** – Brooklyn, New York, USA
Process Foreman, Specialty Sugar Refinery
1997 – 1999

- Started my professional journey at Domino Sugar in the Specialty Sugars refinery. This dedicated facility, known for its advanced crystallization and sugar processing techniques, was located along the East River in Williamsburg, Brooklyn.
- I managed 1.5 shifts of the Specialty Sugars refinery operations, overseeing more than a dozen union longshoremen and playing an important role in this key division. At the young age of 21, my leadership was an important component to the operation's success.

## Interests

Chess Enthusiast – Engaged in the strategic and historical aspects of chess, finding both challenge and relaxation in the game.

Model Building – Enjoy assembling models with my 8 and 10-year-old sons. These moments are cherished for the joy, meaningful conversations, and the shared experiences of life they bring.

4