United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                              Case No. 24-00270-HWV

Andrew William Mulkerin                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                              Page 1 of 2

Date Rcvd: Mar 10, 2026                      Form ID: tranfile                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: andy.mulkerin.pro-se@outlook.com | Mar 10 2026 18:45:00 | Andrew William Mulkerin, 1740 Adeline Drive, Mechanicsburg, PA 17050-1681 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Brenda Sue Bishop

     on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov

Brent Diefenderfer

     on behalf of Creditor Keith & Lisa Wolfe bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com

Craig A. Diehl

     on behalf of Interested Party Craig A. Diehl cdiehl@cadiehllaw.com jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com

Eden R Bucher

     on behalf of Creditor Traditions Bank ebucher@barley.com cbrelje@barley.com;jrachor@barley.com;dkline@barley.com

Eden R Bucher

on behalf of Interested Party Kinsley Equities II Limited Partnership ebucher@barley.com
cbrelje@barley.com;jrachor@barley.com;dkline@barley.com

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Kimberly A Bonner

on behalf of Creditor Orrstown Bank kab@jsdc.com jnr@jsdc.com

Lawrence V. Young

on behalf of Creditor York Adams Tax Bureau lyoung@cgalaw.com
rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com

Mario J. Hanyon

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew K. Fissel

on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com wbecf@brockandscott.com

Regina Cohen

on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com

Robert E Chernicoff

on behalf of Creditor Leroy A King Jr. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

Steven E. Grubb

on behalf of Creditor Andrew V Papoutsis seg@goldbergkatzman.com jlb@goldbergkatzman.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew William Mulkerin

**Debtor 1**

Chapter 13
Case No. 1:24−bk−00270−HWV

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on February 5, 2024 was filed on March 6, 2026. The following deadlines apply:

The deadline for filing a request for redaction is **March 27, 2026**.

If a request for redaction is filed, the transcriber must file the redacted transcript by **April 6, 2026**.

If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **June 4, 2026,** unless extended by court order.

To review the transcript for redaction purposes, you may view the document at the clerk's office public terminal. To purchase a copy of the transcript, contact the ECRO in the Clerk's office.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 10, 2026 |

tranfile 05/18